1
2
3
4
5
6

**JELLISON LAW OFFICES, PLLC**
36889 North Tom Darlington Drive
Suite B7, Box 2800, #304
Carefree, AZ 85377
Telephone:  (480) 659-4244
Facsimile:  (480) 659-4255
E-mail:  jim@jellisonlaw.com
JAMES M. JELLISON, ESQ.  #012763
Attorney for Defendants

7
8
9

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

10
11
12
13
14
15
16

| | |
|---|---|
| Freedom Christopher Austin Pfaendler, | Case No.:  4:20-cv-000188-JCH |
| Plaintiff, | |
| vs. | **DEFENDANTS' NOTICE OF SERVICE OF NOTICE OF DEPOSITION OF FREEDOM CHRISTOPHER AUSTIN PFAENDLER** |
| Town of Sahuarita, John George, Joseph A. Rivera, Jess Villanueva, Shannon Collier, and Samuel Almodova, | |
| Defendants. | |

17
18
19
20

        Defendants hereby give notice that they have served their Notice of Deposition of Freedom

Christopher Austin Pfaendler to Plaintiff's attorney by email on this date.

        DATED this 1st day of March, 2022.

21
22
23
24
25
26

                                JELLISON LAW OFFICES, PLLC

                                By: s/ *James M. Jellison*
                                James M. Jellison
                                *Attorneys for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on March 1, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Richard M. Wintory, Esq.
1 South Church Avenue, Suite 1200
Tucson, Arizona 85701
Richard.Wintory@nextchapterlaw.net
*Attorney for Plaintiff*

s/*Valerie Hall*