UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FREEDOM CHRISTOPHER AUS PFAENDLER, | No. 23-15412 |
| Plaintiff - Appellant, | D.C. No. 4:20-cv-00188-JCH |
| v. | U.S. District Court for Arizona, Tucson |
| SAHUARITA, TOWN OF; et al., | **MANDATE** |
| Defendants - Appellees. | |

The judgment of this Court, entered April 24, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT